# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MARK BROOKS,

        Plaintiff,

                   :        Case No. 3:11-cv-318

                   :        District Judge Walter Herbert Rice

-vs-                        Magistrate Judge Michael R. Merz

MIAMI VALLEY HOSPITAL, et al.,

                   :

        Defendants.

---

## RECOMMITTAL ORDER

---

This habeas corpus case is before the Court on Plaintiff's Objections (Doc. No. 34) to the Magistrate Judge's Report and Recommendations on Motion for Relief From Judgment (Doc. No. 33).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

April 5, 2013.

                                Walter Herbert Rice
                                United States District Judge