IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARK BROOKS,

        Plaintiff, : Case No. 3:11-cv-318

- vs - : District Judge Walter Herbert Rice
    Magistrate Judge Michael R. Merz

MIAMI VALLEY HOSPITAL, et al., :

        Defendants. :

---

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #39), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

It is hereby ORDERED that the Motion for Relief from Judgment (Doc. #30) is DENIED and this case remains TERMINATED on the docket of this Court.

June
~~May~~ 11 , 2013.

                                          Walter Herbert Rice
                                          United States District Judge